IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JANE DOE, BY AND THROUGH HER LEGAL GUARDIAN PARENTS, JOHN ROE AND JANE ROE
*Plaintiff,*
V.

Civil Case No.__4:26-cv-750-LPR____

X.AI CORP., X.AI, LLC, AND X CORP.
*Defendants.*

**PLAINTIFF'S FRCP 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, by and through her undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives Notice of her voluntary dismissal of this action, without prejudice, against Defendants.

Rule 41(a)(1)(A)(i) permits a Plaintiff to voluntarily dismiss an action without a Court Order by filing a Notice of Dismissal at any time before the Defendants serve an Answer or a motion for summary judgment. As of the filing of this Notice, Defendants have not filed an Answer or sought summary judgment. Defendants have not been served with the Complaint.

Accordingly, pursuant to Rule 41(a)(1)(A)(i) this Notice should be effective as a dismissal without prejudice.

Respectfully Submitted,

**THE POTTS LAW FIRM, LLP**

*/s/ J. Ryan Fowler*_________
**J. Ryan Fowler**
rfowler@potts-law.com
Arkansas Bar No. 2014109

**Derek H. Potts**
dpotts@potts-law.com
Arkansas Bar No. 2006131
**Emily B. Marlowe *(Pro Hac Vice Pending)***
Texas Bar No. 24076206
emarlowe@potts-law.com
3737 Buffalo Speedway, Suite 1900
Houston, Texas 77098
Phone: (713)963-8881
Facsimile: (913)583-5388

**ATTORNEYS FOR PLAINTIFF**